**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leon Allen Bryant, | No. CV-08-831-PHX-DGC (JJM) |
| Petitioner, | **ORDER** |
| vs. | |
| Dora Schriro; and the Attorney General of the State of Arizona, | |
| Respondents. | |

Petitioner Leon Allen Bryant is a state prisoner confined at the Arizona State Prison Complex-Eyman in Florence, Arizona. Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. #1. United States Magistrate Judge Jacqueline Marshall issued a report and recommendation ("R&R") recommending that the petition be dismissed. Dkt. #12. Petitioner has notified the Court that he received a notice of electronic filing of the R&R but has not received a copy of the R&R in its entirety. Dkt. #13.

**IT IS THEREFORE ORDERED:**

1. The Clerk is directed to mail a complete copy of the R&R (Dkt. #12) to Petitioner.
2. Petitioner shall file any objection to the R&R by **May 15, 2009**.
3. Respondents shall file a response to the objection by **May 29, 2009**.

DATED this 20th day of April, 2009.

_____
David G. Campbell
United States District Judge